UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:10-CV-1160 CAS |
| LAKE ASPHALT PAVING & CONSTRUCTION, LLC, GAINES CONSTRUCTION, INC., GAINES LEASING & INVESTMENT, LLC, DGN, INC., WILLIAM GAINES, PATRICIA GAINES, KEITH A. DENNEY, JEANNIE M. DENNEY, MICHAEL L. ROGERS, SANDRA ROGERS, HAROLD E. NEUMANN, and DONALD G. MANTLE, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants/Third-Party Plaintiffs, | ) ) | |
| v. | ) ) | |
| PROGRESSIVE CONTRACTORS, INC., | ) ) | |
| Third-Party Defendant, | ) ) | |
| and | ) ) | |
| McANINCH CORPORATION, | ) ) | |
| Third-Party Defendant/ Counterclaim Plaintiff, | ) ) ) | |
| v. | ) ) | |
| LAKE ASPHALT PAVING & CONSTRUCTION, LLC, | ) ) ) | |
| Counterclaim Defendant. | ) | |

**PARTIAL JUDGMENT (THIRD-PARTY COMPLAINT)**

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of third-party defendant McAninch Corporation and against third-party plaintiffs Lake Asphalt Paving & Construction, LLC, Gaines Construction, Inc., Gaines Leasing & Investment, LLC, DGN, Inc., William Gaines, Patricia Gaines, Keith A. Denney, Jeannie M. Denney, Michael L. Rogers, Sandra Rogers, and Harold E. Neumann on remaining Counts I and III of the third-party complaint.

 

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 25th day of January, 2012.